# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION FIRST WATCH, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-CV-00867-AWI-DLB-P<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, AS DUPLICATIVE OF CASE NUMBER 1:06-CV-00913-OWW LJO-P<br><br>(Doc. 1) |

    Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on July 10, 2006, and neither paid the filing fee in full nor filed an application to proceed in forma pauperis.

    In reviewing plaintiff's complaint, the Court has determined that it is duplicative of case number 1:06-CV-00913-OWW LJO-P <u>Weaver v. California Correctional Institution First Watch</u>, which was filed on July 18, 2006 and dismissed on October 25, 2006.  In light of the fact that this action is duplicative of another action, this action is HEREBY DISMISSED, with prejudice, as duplicative.

IT IS SO ORDERED.

**Dated:    February 20, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE

1